**ORIGINAL**

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

RECEIVED
OCT 28 2021
PRO SE OFFICE

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

KUNTZ, J.

BLOOM, M.J.

| | |
|---|---|
| Subi Mehmeti | ) Case No. |
| | ) _____ |
| | ) *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) Jury Trial: *(check one)* ☑Yes ☐No |
| -v- | ) |
| 1). Jofaz Transportation Inc.<br>2). Ambrose Water Wotorson.<br>3). Stewart Lee Karlin. | ) |
| | ) **CV 21- 5993** |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Subi Mehmeti |
| Address | 901 73 Street  Apt# D. 205 |

| | | |
|---|---|---|
| Brooklyn | NY | 11228 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | New York |
| Telephone Number | (347) 455 2883 |
| E-Mail Address | mehmetisubi2017@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jofaz Transportation Inc. |
| Job or Title *(if known)* | School Bus Company |
| Address | 1 Coffey St, |

| | | |
|---|---|---|
| Brooklyn, | NY | 11231 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | New York |
| Telephone Number | (718) 852-0286 |
| E-Mail Address *(if known)* | |

[✔] Individual capacity      [ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Ambrose Water Wotorson |
| Job or Title *(if known)* | Lawyer |
| Address | 225 Broadway        41st Floor |

| | | |
|---|---|---|
| Manhatten | NY | 10007 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | New York |
| Telephone Number | (212) 884-5985 |
| E-Mail Address *(if known)* | |

[✔] Individual capacity      [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

| Defendant No. 3 | | | |
|---|---|---|---|
| Name | Stewart Lee Karlin. | | |
| Job or Title *(if known)* | Lawyer | | |
| Address | 111 John St   # 22 | | |
| | Manhatten | NY | 10038 |
| | *City* | *State* | *Zip Code* |
| County | New York | | |
| Telephone Number | (212) 792-9670 | | |
| E-Mail Address *(if known)* | | | |

[✔] Individual capacity   [ ] Official capacity

| Defendant No. 4 | | | |
|---|---|---|---|
| Name | | | |
| Job or Title *(if known)* | | | |
| Address | | | |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

[ ] Individual capacity   [ ] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

[✔] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? The complaint was, discrimination and revenge by the employer; "Severe health condition" (disability), makes the employee incapable of performing the employee's job functions. Complaint based on Federal Laws;("FMLA") 1993, U.S.Code §2612. (a) (1) (D);   Consequences of discrimination based on federal law; 28 §1367 (a); Supported Under Article III of the United States Constitution.   A complaint based on federal law;   29 CFR 825.220.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

After I had ended up a victim of crime, the consequences of the crimes committed by Licensed Justice lawyers, The crime made it possible for me to be denied my constitutional rights.
The court denies me the appeal for trial for years 2016; 2017; 2018; 2019; A complaint based on federal law;("FMLA") 1993, U.S.Code §2612. (a) (1) (D); 29 CFR 825.220; 28 §1367 (a) Crime blocks me, my Constitutional rights, for a trial based on Federal Laws

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
The appeal filed for Trial was discrimination and revenge by the employer. "Serious Health Condition" (disability), that makes the employee incapable of performing the employee's job functions. The appeal is based on federal law; ("FMLA") 1993, 29 U.S. Code § 2612 (a) (1) (D); 28 §1367 (a); Based on Article III of the United States Constitution. 29 CFR § 825.220.
The lawyers removed all the medical records from the trial file, making the Appeal 100% invalid for trial.

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
The event took place from October 3, 2012, to October 29, 2012, with a health paralysis."Serious Health Condition" (incapacitation), that makes the employee unable to perform the functions of the employee's job. Everything Accompanied by Medical Records by a Forensic Physician, 3 October 2012 to 29 October 2012. (Period diagnosed with head cancer as well as surgery ). Date of discrediting and revenge by the company, October 3, 2012, when I was with a health paralysis.

B.  What date and approximate time did the events giving rise to your claim(s) occur?
I have informed the company Under the laws 29 CFR § 825.306.About a health paralysis, on October 3, 2012. as well as onwards, where I asked support, "FMLA" for help human, economic, ?help in the most critical conditions for me, I was struggling with death. the company unfairly chooses my discrimination, an Inhuman Discrimination also economic.     The company Instead of enforcing the "FMLA" law The company replaces the law, with my suspension from work.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Facts That Prove "Serious Health Condition"
1). Facts; Medical Records, copy page.134; by the forensic doctor, by Hospital. "Serious Health Condition".   2). Medical Records, Facts, and evidence they proved "Serious Health Condition" (incapacitation), that makes the employee unable to perform the functions of the employee's job.
3). Medical Records, Facts, Inability to work time period by 3 October 2012 to 29 October 2012.
4). In the medical records of the Hospital, the "legal doctor ", Radiological Center Report, Hospital, defines tumor (cancer) on the left side of the respiratory tract in the head, With the development of 4 mm. Emerging tumor.   5). Forensic doctors order; the cessation of any activity, until complete recovery. especially, disability for the student bus drivers. Orders Dr. Suzanne Bialek.   6). Medical Records Include Surgery Head Cancer, the Surgery was completed date October 25, 2012, Maimonides Medical Center Hospital 4802 Tenth Ave. Brooklyn NY 11219.   7). Medical Records include Doctor's recommendation, after surgery dated 25 October 2012, for a 1-week rest home, after a week able to start to work. Any Medical Record backed by Federal Laws

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1). Company Jofaz Transportation Inc. Violently violated all federal laws the legal obligations he had to me according to the complaint; "Serious Health Condition" (incapacitation), which makes the employee unable to perform the functions of the employee's job, Protection for employees who request leave or otherwise assert FMLA rights.    2). Discrimination, inhuman behavior, economic conditions, long-term unemployment, were inevitable, anxiety, stress, I finally went into a Great Depression    3). Medical Record, certified by the psychiatrist, forensic doctor.total copies Record .copy Pag. 94  4). Medical records proving, incapacity for work, certified by a forensic doctor, incapacity for work, for the years; 2013; 2014; 2015; 2016; 2017; 2018    5). The Psychiatrist has certified him in Medical Records, the origin of this disease; Consequences of revenge discrimination exercised by the employer.

Eventually, I ended up a victim of the crime by the representative lawyers,  1). Lawyer Name: Ambrose Water Wotorson. 2) Lawyer Name: Stewart Lee Karlin, Licensed and trusted Lawyers for justice, I was deceived by the trusted, licensed Lawyers of justice?  —The lawyers committed a premeditated crime, a well-studied crime, in the removal, disappearance,(from the file, in the case for trial), 134 sheets of medical records of the Hospital, " Serious Health Condition".Medical Records based on Federal Laws, according to the Appeal filed for Trial. A well-studied crime, making the Appeal 100% invalid for trial.

The lawyers had removed, disappeared, (from the file, in the case for trial)all the Medical Records of the psychiatrist (with an inability to work) for the years 2013; 2014; 2015; 2016,. .... Forensic Records based on the Complaint filed for Trial, Medical Records based on Federal Laws, according to the Appeal filed for Trial. A well-studied crime, making the Appeal 100% invalid for trial

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

As a citizen of this State, I seek Justice, an investigation, a Trial  Based on Federal Laws.

I'm looking forA a Trial, as equal before Justice, as equal before Federal Law, as a citizen with constitutional rights.

I'm seeking a judgment, for Constitutional rights, on the economic damage they have caused me, as well as the consequences of irreplaceable health damages.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        ~~10/27/2021~~   10/28/2021

Signature of Plaintiff    _Subi Mehmeti_

Printed Name of Plaintiff   _SUBI MEHMETI_

### B.    For Attorneys

Pro Se.

Date of signing:        _Subi Mehmeti_

Signature of Attorney     _____

Printed Name of Attorney  _____

Bar Number                _____

Name of Law Firm          _____

Address                   _____

                          _____
                          City          State      Zip Code

Telephone Number          _____

E-mail Address            _____